Brian J. Baker
Assistant Attorney General
7141 Cleanwater Drive SW
Olympia, WA 98504-0126
(360) 486-6300

THE HONORABLE MARY K. DIMKE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| SALVADOR M CONSTANCIO,<br><br>Plaintiff,<br><br>vs.<br><br>WA STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendant. | NO. 2:24-cv-00038-MKD<br><br>DEFENDANT WA STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES |
|---|---|

Defendant, State of Washington, Department of Social and Health Services, by and through their attorneys, Nicholas Brown, Attorney General, and Brian J. Baker Assistant Attorney General and in answer to plaintiff's complaint, admits, denies and alleges as follows:

Defendant denies each allegation contained in Plaintiff's Amended Complaint and, by way of further answer, asserts the following affirmative defenses:

1. That plaintiff has failed to exhaust administrative remedies under Title VII.

2. That the plaintiff's claims are barred by the statute of limitations, and timeline of the required administrative conditions-precedent of Title VII.

3. That the plaintiff has failed to state a claim upon which relief may be granted.

4. That the employer is not subject to vicarious liability as provided by *Faragher v. City of Boca Raton*, 524 U.S. 775 (1998).

5. That if the plaintiff suffered any damages, recovery therefor is barred by plaintiff's failure to mitigate said damages.

6. That the defendant is entitled to an offset from any awards to plaintiff herein and/or recovery of back monies paid to plaintiff.

WHEREFORE, defendant prays that plaintiff's complaint be dismissed with prejudice and that plaintiff(s) take nothing by their complaint and that defendant be allowed its costs and reasonable attorney fees herein.

DATED this 24th day of February 2025.

NICHOLAS W. BROWN
Attorney General

BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
Attorney for Defendants

**PROOF OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☒ US Mail Postage Prepaid via Consolidated Mail Service

☐ ABC/Legal Messenger

☐ State Campus Delivery

☐ Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 24th day of February 2025 at Tumwater Washington.

_____
BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
Attorney for Defendants