3/12/2025

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 2 2025

SEAN F. McAVOY, CLERK
YAKIMA, WASHINGTON

United States District Court
Eastern District of WA

Salvador Constancio, Plaintiff
v.
Washington State
Department of Social and Health Services, Defendant

No. 2:24-CV-38-MKD

Notice Setting Scheduling Conference

To Mary K. Dimke, United States District Judge, I would like to inform you that a settlement agreement was reached with myself, Salvador Constancio, and Washington State Department of Social and Health Services. As part of the settlement agreement, I agreed to release the State of Washington, Department of Social and Health Services and its officers, employees and contractors from any and all claims, causes of action, suits, civil or otherwise. Based on that information, I agreed not to continue with case No. 2:24-CV-38-MKD, through the United States District Court Eastern District of WA. Thank you Mary K. Dimke, United States District Judge, for the work you do and the services you provide. As an autistic minority person, you helped me feel valued. Please let me know if additional information is needed. Best regards, Salvador Constancio