FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SALVADOR CONSTANCIO,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>  Defendant. | No.  2:24-CV-38-MKD<br><br>ORDER DISMISSING ACTION |

On July 24, 2025, the Court issued an Order directing Plaintiff to show cause by August 7, 2025, as to why the Court should not dismiss this case pursuant to Local Civil Rule 41(b)(1).  ECF No. 28.  Plaintiff has not filed a response.  It appears that Plaintiff has abandoned this case.  The Court, having reviewed the record and being fully informed, dismisses the case without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to show cause.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide copies to the parties, and **CLOSE** the file.

DATED August 15, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2